DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RICARDY BANKS,**
Appellant,

v.

**NOEMEA VILAS BANKS,**
Appellee.

No. 4D2025-2388

[July 9, 2026]

Appeal of a nonfinal order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Marlon Jay Weiss, Judge; L.T. Case No. 062024DR017727AXXXCE.

Marck K. Joseph, Jr. of The Joseph Firm, P.A., Miami, for appellant.

Kathleen K. Peña, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

MAY, KLINGENSMITH and LOTT, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***